IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSE A. BARELA,

        Plaintiff,

v.                                              CIV 12-0577JCH/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on August 8, 2013.  *See Doc. 28.*  The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review.  To date, neither party filed objections.

Wherefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 28)* is ADOPTED;

2. Plaintiff"s motion to remand *(Doc. 24)* is denied;

3. The decision of the Commissioner is affirmed and the action will be dismissed **with prejudice;** and

4. A final order is entered concurrently herewith.

                                                              United States District Court Judge